[Dntchrga] [District Notice of Preliminary Hearing or Status Conference (AP)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Case No. 8:21–bk–00233–CPM |
| | Chapter 7 |
| James Robert Garvin | |
| _____Debtor*_____/ | |
| Douglas N Menchise | |
| Douglas N. Menchise, as Chapter 7 Trustee | |
| Plaintiff* | |
| vs. | Adv. Pro. No. 8:23–ap–00011–CPM |
| Brian W. Smith | |
| _____Defendant*_____/ | |

## NOTICE OF HEARING

NOTICE IS GIVEN THAT:

1. A hearing in this proceeding will be held on May 15, 2023 , at 10:00 AM in Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602 on the following matter:

Motion to Dismiss Adversary Proceeding / Answer to Complaint , Document #4 filed by Defendant Brian W. Smith

2. Parties may attend the hearing in person, by Zoom, or by telephone. The Court will enter a separate Order Establishing Procedures for Video Hearing shortly before the hearing. Parties appearing by telephone must arrange a telephonic appearance through Court Call (866–582–6878) by 5:00 p.m. the business day preceding the hearing.

3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

4. The Court may continue this hearing upon announcement made in open court without further notice.

5. Parties are reminded to comply with all requirements of Local Rule 7001–1.

6. <u>Avoid delays</u>. A photo ID is required for entry into the Courthouse. Local Rule 5073–1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or *pro hac vice* order.

|  |  |
|---|---|
| Dated: February 14, 2023 | FOR THE COURT<br>Sheryl L. Loesch , Clerk of Court<br>Sam M. Gibbons United States Courthouse<br>801 North Florida Avenue, Suite 555<br>Tampa, FL 33602 |

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.
*All references to "Plaintiff" or "Defendant" shall include and refer to multiple plaintiffs or defendants.